IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CRYSTAL BROCK                                                                                    PLAINTIFF

V.                          Case No. 4:25-CV-00160-BSM-BBM

LELAND DUDEK, Acting Commissioner,
Social Security Administration                                                              DEFENDANT

## JUDGMENT

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND ADJUDGED that Judgment be entered for Plaintiff Crystal Brock, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 28th day of April, 2025.

_____
UNITED STATES MAGISTRATE JUDGE